# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

September 3, 2025

*Application GRANTED. Plaintiffs' deadline to move for default judgment is extended to **September 22, 2025**.*

*The Clerk of Court is directed to terminate ECF No. 47.*

*SO ORDERED.*

*/s/ Jennifer H. Rearden*
*Jennifer H. Rearden, U.S.D.J.*
*Dated: September 4, 2025*

BY ECF
Honorable Jennifer H. Rearden
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   Reyes, et al v. 65 Burnside Meat Market Corp, et al.; 25 CV 1132 (JHR)

Your Honor:

This firm represents Plaintiffs in the above-referenced matter. We write to respectfully request an extension of time of two weeks to file a default motion. The current deadline is September 8, 2025. This is the first request of its kind. It is submitted without the consent of Defendants as they have neither answered nor appeared.

We are working diligently on Plaintiffs' motion; however, we anticipate needing a bit more time to finalize some of the documents and have Plaintiffs execute their declarations. As such, we respectfully request a two-week extension of the deadline to move for default judgment.

Respectfully submitted,

By: */s/ Jesse Barton*
      Jesse Barton, Esq.

1