# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                          Telephone: (212) 317-1200
New York, New York 10165                                               Facsimile: (212) 317-1620

September 17, 2025

Application GRANTED.  Plaintiffs' deadline to move for default judgment is
extended to **October 6, 2025**.   This deadline will not be further extended absent
extraordinary circumstances.

BY ECF
Honorable Jennifer H. Rearden
United States District Judge          The Clerk of Court is ordered to terminate ECF No. 49.
Daniel Patrick Moynihan
United States Courthouse              SO ORDERED.
500 Pearl St.
New York, NY 10007-1312              *Jennifer H. Rearden*
                                      Jennifer H. Rearden, U.S.D.J.
                                      Dated: September 18, 2025

Re:  <u>Reyes, et al v. 65 Burnside Meat Market Corp, et al.; 25 CV 1132 (JHR)</u>

Your Honor:

This firm represents Plaintiffs in the above-referenced matter.  We write to respectfully request a two-week extension of the deadline to move for default judgment, currently scheduled for September 22, 2025.  This is the second request of its kind.  It is submitted without the consent of Defendants as they have neither answered nor appeared.

We have been working on the default motion but anticipating needing a bit more time to finalize all the papers and declarations.  As such, we respectfully request a two-week extension.

Respectfully submitted,


By: <u>*/s/ Jesse Barton*</u>
        Jesse Barton, Esq.