UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE PABLO REYES, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　-v.-<br><br>65 BURNSIDE MEAT MARKET CORP, et al.,<br><br>　　　　　　　　　Defendants. | 25 Civ. 01132 (JHR)<br><br>ORDER TO SHOW CAUSE |

JENNIFER H. REARDEN, District Judge:

　　On August 25, 2025, the Court directed Plaintiffs to move for a default judgment against Defendants or show cause why this action should not be dismissed for failure to prosecute. *See* ECF No. 29 (detailing Defendants' failure to respond to the Complaint). Upon Plaintiffs' application, ECF Nos. 32-38, on September 3, 2025, the Clerk of Court issued a certificate of default as to each Defendant, ECF Nos. 40-46. On September 24, 2025, Plaintiffs moved for a default judgment, ECF No. 51, and filed a declaration and memorandum of law in support, ECF Nos. 52, 53.

　　If Defendants wish to oppose the motion, then their counsel shall, (1) by **October 17, 2025**, enter a notice of appearance, and (2) by **October 24, 2025**, file an opposition explaining why a default judgment is not warranted.

Plaintiffs have already filed proof of service of their papers in support of the motion for a default judgment. ECF No. 54. By no later than **October 15, 2025**, Plaintiffs shall serve Defendants with this Order and file proof of service on the docket.

SO ORDERED.

Dated: October 12, 2025
New York, New York

                                                      JENNIFER H. REARDEN
                                                     United States District Judge