# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

January 13, 2026

BY ECF
Honorable Jennifer H. Rearden
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Reyes, et al v. 65 Burnside Meat Market Corp, et al.; 25 CV 1132 (JHR)

Your Honor:

      This firm represents Plaintiffs in the above-referenced matter. We write on behalf of the parties to advise the Court that the parties are scheduled to mediate on February 9, 2026. We will provide a further status report to the Court subsequent to the mediation.

Respectfully submitted,

By: */s/ Jesse Barton*
      Jesse Barton, Esq.