UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE PABLO REYES and PABLO MERINO
GONZALEZ, individually and on behalf of
others similarly situated,

                                Plaintiff,                      25 Civ. 1132 (JHR)

                    -v.-                                        ORDER OF DISMISSAL

65 BURNSIDE MEAT MARKET CORP., et
al,

                                Defendants.

JENNIFER H. REARDEN, District Judge:

     The Court, having been informed on March 24, 2026 that the parties have reached a
settlement in principle, hereby ORDERS that the above-entitled action be and is hereby
DISMISSED and discontinued without costs, and without prejudice to the right to reopen the
action **within 30 days** of the date of this Order if the settlement is not consummated.

     To be clear, any application to reopen **must** be filed **by the aforementioned deadline**;
any such application filed thereafter may be denied solely on that basis.  **Further, requests to
extend the deadline to reopen are unlikely to be granted.**

     If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any
settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to
reopen to be "so ordered" by the Court.  Pursuant to Paragraph 6.C of the Court's Individual
Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain
jurisdiction to enforce a settlement agreement unless it is made part of the public record.

     Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is
directed to CLOSE the case.

     SO ORDERED.

Dated:  March 25, 2026
        New York, New York

                                                          _____
                                                          JENNIFER H. REARDEN
                                                          United States District Judge