UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSE PABLO REYES and PABLO MERINO
GONZALEZ, *individually and on behalf of others
similarly situated,*

                         Civil Action No. 1:25-cv-01132-JHR

         *Plaintiffs,*

                         ~~[Proposed Form Of]~~

    -against-                          JUDGMENT

65 BURNSIDE MEAT MARKET CORP. (D/B/A
SAGAL MEAT MARKET), SAGAL MEAT
MARKET III INC. (D/B/A SAGAL MEAT
MARKET), SAGAL FISH MARKET INC. (D/B/A
SAGAL FISH MARKET), JOSE SANCHEZ, VICTOR
SANCHEZ, LENNY SANCHEZ AND FERNANDO
SANCHEZ,

                 *Defendants,*
-------------------------------------------------------------------X

## JUDGMENT

On May 7, 2026, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure; NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, Jose Pablo Reyes and Pablo Merino Gonzalez, have judgment against 65 Burnside Meat Market Corp. (d/b/a Sagal Meat Market), Sagal Meat Market III Inc. (d/b/a Sagal Meat Market), Sagal Fish Market Inc. (d/b/a Sagal Fish Market), Jose Sanchez, Victor Sanchez, Lenny Sanchez, and Fernando Sanchez, jointly and severally, in the amount of Fifty Thousand Dollars and Zero cents ($50,000.00), which is inclusive of attorneys' fees and costs. *See* ECF No. 75-1 (Offer of Judgment dated April 7, 2026).

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated:  May 12, 2026

_____
HON. JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE